# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**ALAN BELL**
**ADC #158013**                                                     **PLAINTIFF**

**v.**                  **CASE NO: 2:20-CV-00021-BSM**

**JEREMY ANDREWS**                                  **DEFENDANT**

## **JUDGMENT**

Pursuant to the verdict returned by the jury on September 8, 2022, following two days of trial, judgment is entered in favor of defendant Jeremy Andrews and against plaintiff Alan Bell, on all claims, and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 9th day of September, 2022.

                                                               _/s/ Brian S. Miller_
                                                            UNITED STATES DISTRICT JUDGE